IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **Case No.   RDB-23-152** |
| vs. | * | |
| **DEVARRIO BURNS** | | |
| | ****** | |

## REQUEST FOR DETENTION HEARING

Defendant, Devarrio Burns, by and through counsel, Marshall T. Henslee, hereby moves this Honorable Court to review the Order of Detention. In support of this Request, the Defendant states:

1. The Defendant is charged with Possession of a Firearm by a Prohibited Person (18 U.S.C. § 922(g)(1)).

2. The Defendant appeared on September 8, 2023, and consented to detention.

3. Mr. Burns now requests that a hearing be set to determine whether there are conditions that will reasonably assure the appearance of Mr. Burns and the safety of the community.

WHEREFORE, the Defendant requests that the Court grant the Defendant a detention hearing and set it as soon as is convenient for all parties.

Respectfully submitted,

 /S/
Marshall T. Henslee
The Law Office of Marshall T. Henslee, LLC
606 Baltimore Avenue, Suite 301
Towson, Maryland 21204
410-828-5500
Marshall@HensleeLaw.com
Fed Bar ID# 53861

## **CERTIFICATE OF SERVICE**

      I certify that on December 8, 2023, this Motion was electronically filed with the Clerk of the United States District Court using CM/ECF, with notice of said filing to AUSA Jacob Gordin, counsel for the Government.

                                                                                      /S/_____
                                                  Marshall T. Henslee