# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**Chambers of**  U.S. Courthouse Chambers 5D
**Richard D. Bennett**  101 W. Lombard Street
**United States District Judge**  Baltimore, MD 21201
**Northern Division**  Tel: 410-962-3190
 Fax: 410-962-3177

December 19, 2023

TO COUNSEL OF RECORD

RE: *United States of America v. Devarrio Burns*
 Criminal No. RDB-23-152

Dear Counsel:

      This Letter Order will confirm that the parties' joint request to extend the deadline for filing motions, except motions *in limine*, from Sunday, December 31, 2023 to Tuesday, March 5, 2024 is APPROVED. All other dates set forth in this Court's previous Scheduling Order (ECF No. 19) remain as scheduled.

      Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

      Sincerely,

      /s/
      Richard D. Bennett
      United States District Judge

RDB